## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAREN WINGO | * |
|     Plaintiff | * |
| v. | *   Case No.: 1:19-cv-3081 |
| HILTI, INC. | * |
|     Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF REMOVAL

Comes now the Petitioner/Defendant, Hilti, Inc. ("HILTI"), by and through its undersigned attorneys, Matthew A. Ranck, Esquire and the Law Office of Schenker, Krause & Lopez, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Superior Court for the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia, and in support thereof respectfully avers as follows:

1.  Petitioner has been named as Defendant in a suit filed in the Superior Court for the District of Columbia, Civil Action No.: 2019 CA 005747 B. Suit was originally filed on or about September 3, 2019 and HILTI was served by a process server hand delivering the suit papers to the District of Columbia resident agent of HILTI on September 16, 2019.

2.  HILTI is a corporation, formed under the laws of the State of Texas, with a principal place of business located at 7250 Dallas Parkway, Suite 1000, Plano, TX 75024. The sole member of Petitioner is HILTI, INC., which corporation was formed under the laws of the state of Texas and has its corporate headquarters located at 7250 Dallas Parkway, Suite 1000, Plano, TX 75024.

3.  Plaintiff is an individual resident of the state of Virginia.

4.      The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332.  Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

5.      Filed herewith as Exhibits 1 through 5 are copies of all pleadings and papers served on Petitioner/Defendant, consisting of (1) Service of Process Transmittal; (2) Summons (x2 copies); (3) Superior Court of the District of Columbia Civil Division – Civil Actions Branch Information Sheet; (4) Plaintiff's Complaint and Jury Demand; and (5) Superior Court of the District of Columbia Initial Order and Addendum.

6.      The above-entitled matter is a tort in which Plaintiff alleges negligence - failure to warn, and strict liability, design defect – product liability on the part of Defendant HILTI, causing an accident when a pin on a Core Driver broke loose striking Plaintiff from which Plaintiff was injured and incurred damages.

7.      Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000.00.  Plaintiff is a resident of the state of Virginia.  HILTI is a corporation formed under the laws of the State of Texas with a principal place of business in the State of Texas.  Plaintiff's Complaint seeks judgment in an amount in excess of $75,000.00.

WHEREFORE, Petitioner/Defendant, Hilti, Inc., respectfully requests that the above-entitled action be removed from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Matthew A. Ranck
Matthew A. Ranck (#484983)
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
T: (410) 559-2420
F: (410) 559-2401
Matthew.ranck@zurichna.com
*Attorneys for Defendant, Hilti, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2019, a copy of the foregoing Notice of Removal was served either by the Court's ECF system if Plaintiff's counsel is a member of the bar and registered and in any event, in addition, was also e-mailed and mailed, postage prepaid, sent to:

Justin M. Beall, Esquire (DC #502394)
Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.
Willow wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA 22030
Jbeall@koonz.com
*Counsel for Plaintiff*

/s/ Matthew A. Ranck
Matthew A. Ranck