IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DAREN WINGO                              *

    Plaintiff                         *        Case No.: 1:19-cv-3081-CRC

v.                                       *

HILTI, INC.                              *

    Defendant                         *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The Parties, by and through their respective undersigned counsel, respectfully submit this Joint Motion to Modify the Scheduling Order and in support thereof state the following:

1.      The above-captioned action arises from injuries suffered by Plaintiff on a Washington Area Metropolitan Transit Authority ("WMATA") worksite when a piece of machinery he was using allegedly malfunctioned.  Plaintiff alleges product defect and negligence claims against the Defendant company that manufactured the machinery and which is alleged to have serviced it shortly before the incident.

2.      In addition, Plaintiff has filed a separate action in this Court against WMATA, alleging spoliation of evidence based upon a belief that the subject machine has not been preserved by WMATA despite Plaintiff's requests that it do so.

3.      The issues in the case will involve the testimony of numerous witnesses, many of whom are located out of state and several others of whom are employees of WMATA; a large volume of medical records pertaining to the alleged significant injuries and the likely need for an IME; and the need for documents, information and cooperation from WMATA.

4.      These factors were further complicated by the current Covid-19 pandemic, which have made it exceedingly difficult or impossible to obtain documents (including from WMATA), conduct expert reviews, take depositions and otherwise complete the investigation and discovery necessary in the case.

5.      WMATA recently produced documents and it made the subject product available for inspection by the Parties on September 28, 2020.

6.      Consequently, the Parties require additional time to complete their investigations and discovery, and respectfully request that the remaining dates of the Scheduling Order be extended approximately 75 days as follows:

| | |
|---|---|
| Opponent's Rule 26(A)(2)(B) Report | 10/31/2020 |
| Close of Discovery | 11/14/2020 |
| Post-Discovery Status Conference | 11/21/2020 |
| Dispositive Motions Filed by | 12/11/2020 |

WHEREFORE, the foregoing premises considered, the parties respectfully request that this Court grant this Joint Motion to Modify the Scheduling Order as reflected above.

Respectfully Submitted,

September 29, 2020__
Date

/s/ *Matthew Ranck*_____
Matthew Ranck, #484983
Schenker, Krause, & Lopez
600 Red Brook Boulevard
Owings Mills, Maryland 21117
(410) 559-2420
Matthew.ranck@zurichna.com
*Attorneys for Defendant*

/s/ *Justin M. Beall*_____
Justin M. Beall, Esquire (DC #502394)
Koonz, McKenney, Johnson, DePaolis & Lightfoot,
L.L.P.

Willow wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA  22030
Jbeall@koonz.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September 2020, a copy of the foregoing

Joint Motion to Modify the Scheduling Order was served electronically to:

Justin M. Beall, Esquire (DC #502394)
Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.
Willow wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA  22030
Jbeall@koonz.com
*Counsel for Plaintiff*

/s/ Matthew A. Ranck
Matthew A. Ranck, (#484983)