**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                                    *

    Plaintiff                               *        Case No.: 1:19-cv-3081-CRC

v.                                             *

HILTI, INC.                                    *

    Defendant                               *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The Parties, by and through their respective undersigned counsel, respectfully submit this Joint Motion to Modify the Scheduling Order and in support thereof state the following:

1.      The above-captioned action arises from injuries suffered by Plaintiff on a Washington Area Metropolitan Transit Authority ("WMATA") worksite when a piece of machinery he was using allegedly broke.   Plaintiff alleges product defect and negligence claims against the Defendant company that allegedly manufactured the machine and allegedly serviced it shortly before the incident.   Whether the Defendant manufactured or serviced the machine as alleged are in dispute.

2.      In addition, Plaintiff has filed a separate action in this Court against WMATA, alleging spoliation of evidence based upon a belief that WMATA failed to preserve the subject machine after the accident despite Plaintiff's requests that it do so.

3.      The issues in the case include, among others, the condition of the machine at the time of the incident; who, if anyone, serviced it in the day(s) just before the incident; what, if anything was

serviced; and other related issues.  WMATA recently produced its records relating to these issues and made the subject product available for inspection by the Parties.  All such activities were coordinated through WMATA's counsel, although the Covid-19 pandemic slowed the process significantly, presumably due to reduced witness and custodian availability and staffing.

4.      In addition, the depositions of numerous witnesses, several of whom are located out of state and several others of whom are employees of WMATA is also necessary.  The WMATA witnesses are particularly significant, as they have been identified as having information concerning the incident itself and the machine-servicing issues referenced above.  For the convenience of the parties, WMATA and the witnesses, these depositions are also being scheduled through counsel for WMATA who has recently agreed to coordinate acceptance of service and mutually agreeable dates.

5.      All of these activities have been complicated by the Covid-19 pandemic, which has made it exceedingly difficult the obtain documents (including from WMATA), conduct expert reviews, take depositions and otherwise complete the investigation and discovery necessary in the case.

6.      Although counsel for WMATA recently agreed to coordinate acceptance of service and mutually agreeable dates for the WMATA witnesses, no dates have yet been provided and Plaintiff and Defendant anticipates further delays will occur for various reasons, including the pandemic and up-coming holidays.

7.      Consequently, while progress is being made the Parties require additional time to complete their investigations and discovery, and respectfully request that the remaining dates of the Scheduling Order be extended as follows:

| | |
|---|---|
| Opponent's Rule 26(A)(2)(B) Report | 1/29/2021 |
| Close of Discovery | 2/12/2021 |
| Post-Discovery Status Conference | 2/22/2021 |

Dispositive Motions Filed by                                      3/12/2021

WHEREFORE, the foregoing premises considered, the parties respectfully request that this

Court grant this Joint Motion to Modify the Scheduling Order as reflected above.


                                          Respectfully Submitted,


November 12, 2020__              /s/ *Matthew Ranck*_____
Date                            Matthew Ranck, #484983
                                Schenker, Krause, & Lopez
                                600 Red Brook Boulevard
                                Owings Mills, Maryland 21117
                                (410) 559-2420
                                Matthew.ranck@zurichna.com
                                *Attorneys for Defendant*


                                /s/ *Justin M. Beall* _____
                                Justin M. Beall, Esquire (DC #502394)
                                Koonz, McKenney, Johnson, DePaolis & Lightfoot,
                                L.L.P.
                                Willow wood Plaza 1
                                10300 Eaton Place, Suite 200
                                Fairfax, VA  22030
                                Jbeall@koonz.com
                                *Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November 2020, a copy of the foregoing

Joint Motion to Modify the Scheduling Order was served electronically to:

Justin M. Beall, Esquire (DC #502394)
Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.
Willow wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA  22030
Jbeall@koonz.com
*Counsel for Plaintiff*


                                /s/ Matthew A. Ranck_____
                                Matthew A. Ranck, (#484983)