**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                                  *

     Plaintiff                           *          Case No.: 1:19-cv-3081-CRC

v.                                                      *

HILTI, INC.                                          *

     Defendant                          *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The Parties, by and through their respective undersigned counsel, respectfully submit this Joint Motion to Modify the Scheduling Order and in support thereof state the following:

1.      The above-captioned action arises from injuries suffered by Plaintiff on a Washington Area Metropolitan Transit Authority ("WMATA") worksite when a piece of machinery he was using allegedly broke.  Plaintiff alleges product defect and negligence claims against the Defendant company that allegedly manufactured the machine and allegedly serviced it shortly before the incident.  Whether the Defendant manufactured or serviced the machine as alleged are in dispute.

2.      In addition, Plaintiff has filed a separate action in this Court against WMATA, alleging spoliation of evidence based upon a belief that WMATA failed to preserve the subject machine after the accident despite Plaintiff's requests that it do so.

3.      The issues in the case include, among others, the condition of the machine at the time of the incident; who, if anyone, serviced it in the day(s) just before the incident; what, if anything was serviced; and other related issues.  WMATA recently produced its records relating to these issues and made the subject product available for inspection by the Parties.  All

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
———
(703) 218-4410

such activities were coordinated through WMATA's counsel, although the Covid-19 pandemic slowed the process significantly, presumably due to reduced witness and custodian availability and staffing.

4.      In addition, the depositions of numerous witnesses, several of whom are located out of state and several others of whom are employees of WMATA is also necessary. The WMATA witnesses are particularly significant, as they have been identified as having information concerning the incident itself and the machine-servicing issues referenced above.

5.      All of these activities have been complicated by the Covid-19 pandemic, which has made it exceedingly difficult the obtain documents (including from WMATA), conduct expert reviews, take depositions and otherwise complete the investigation and discovery necessary in the case.

6.      Since the status conference on November, 19, 2020, the parties have been working cooperatively, along with counsel for WMATA, to get the depositions of key WMATA employees set. The earliest dates that worked for counsel and deponents is December 21, 2020 and December 22, 2020 and the depositions are set to take place. Accordingly, given the timing of the depositions of these employees, the parties anticipate that transcripts would need to be reviewed by potential expert witnesses and additional time would be necessary prior to designations.

7.      Consequently, while progress is being made the Parties require additional time to complete their investigations and discovery, and respectfully request that the remaining dates of the Scheduling Order be extended as follows:

| | |
|---|---|
| Proponent's Rule 26(A)(2)(B) Report | 2/21/2021. |
| Opponent's Rule 26(A)(2)(B) Report | 3/29/2021. |
| Close of Discovery | 4/12/2021. |
| Dispositive Motions | 5/12/2021. |
| Post-Discovery Status Conference | 5/23/2021. |

2

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
————
(703) 218-4410

WHEREFORE, the foregoing premises considered, the parties respectfully request

that this Court grant this Joint Motion to Modify the Scheduling Order as reflected above.


Respectfully Submitted,

December 18, 2020__        /s/ *Matthew Ranck*_____
Date                       Matthew Ranck, #484983
                           Schenker, Krause, & Lopez
                           600 Red Brook Boulevard
                           Owings Mills, Maryland 21117
                           (410) 559-2420
                           Matthew.ranck@zurichna.com
                           *Attorneys for Defendant*


                           /s/ *Justin M. Beall* _____
                           Justin M. Beall, Esquire (DC #502394)
                           Koonz, McKenney, Johnson, DePaolis &
                           Lightfoot, L.L.P.
                           Willow wood Plaza 1
                           10300 Eaton Place, Suite 200
                           Fairfax, VA 22030
                           Jbeall@koonz.com
                           *Counsel for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Joint Motion to
Modify was served by electronic mail this 18th day of December, 2020 to the following:

Matthew A. Ranck
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
*Attorneys for Defendant*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____

(703) 218-4410

/s/ Justin M. Beall
Justin M. Beall

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS  LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____

(703) 218-4410

4