**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                 *

       Plaintiff             *     Case No.: 1:19-cv-3081-CRC

v.                           *

HILTI, INC.                *

       Defendant       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiff, by and through his undersigned counsel, respectfully submit this Consent Motion to Modify the Scheduling Order and in support thereof state the following:

1. The above-captioned action arises from injuries suffered by Plaintiff on a Washington Area Metropolitan Transit Authority ("WMATA") worksite when a piece of machinery he was using allegedly broke. Plaintiff alleges product defect and negligence claims against the Defendant company that allegedly manufactured the machine and allegedly serviced it shortly before the incident. Whether the Defendant manufactured or serviced the machine as alleged are in dispute.

2. In addition, Plaintiff has filed a separate action in this Court against WMATA, alleging spoliation of evidence based upon a belief that WMATA failed to preserve the subject machine after the accident despite Plaintiff's requests that it do so.

3. The issues in the case include, among others, the condition of the machine at the time of the incident; who, if anyone, serviced it in the day(s) just before the incident; what, if anything was serviced; and other related issues. WMATA has produced its records relating to these issues and made the subject product available for inspection by the Parties. Further, the

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

1

Parties have now completed the depositions of numerous witnesses, including several employees of WMATA.

4.      All such activities were coordinated through WMATA's counsel, although the Covid-19 pandemic slowed the process significantly, presumably due to reduced witness and custodian availability and staffing.

5.      All of these activities have been complicated by the Covid-19 pandemic, which has made it exceedingly difficult the obtain documents (including from WMATA), conduct expert reviews, take depositions and otherwise complete the investigation and discovery necessary in the case.

6.      Since the status conference on November, 19, 2020, the parties have been working cooperatively, along with counsel for WMATA, to conduct the necessary discovery including the depositions WMATA employees that have now been completed.

7.      However, Plaintiff's deposition has been delayed due to scheduling conflicts and the continuing effect of the COIVD-19 pandemic. Plaintiff's deposition is set for March 16, 2021, the first date all of the parties, including WMATA's counsel, were available. Plaintiff's expert has indicated Plaintiff's transcript is necessary in order to finalize his expert report.

8.      Additionally, the deposition of WMATA's employees revealed that additional depositions need to be conducted. Specifically, two WMATA employees responsible for keeping relevant records need to be deposed.

9.      Consequently, while progress is being made the Parties require additional time to complete their investigations and discovery, and respectfully request that the remaining dates of the Scheduling Order be extended as follows:

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
————
(703) 218-4410

| | |
|---|---|
| Proponent's Rule 26(A)(2)(B) Report | 4/21/2021. |
| Opponent's Rule 26(A)(2)(B) Report | 5/29/2021. |
| Close of Discovery | 6/12/2021. |
| Dispositive Motions | 7/12/2021. |
| Post-Discovery Status Conference | 7/23/2021. |

10.    Defendants consent to the relief requested herein.

11.    No party will be prejudiced by granting this request.

WHEREFORE, the foregoing premises considered, Plaintiff respectfully request that this Court grant this Consent Motion to Modify the Scheduling Order as reflected above.

Respectfully Submitted,

February 19, 2021__                     /s/ *Justin M. Beall* _____
Date                                                  Justin M. Beall, Esquire (DC #502394)
                                                        Koonz, McKenney, Johnson, & DePaolis, L.L.P.
                                                        Willow wood Plaza 1
                                                        10300 Eaton Place, Suite 200
                                                        Fairfax, VA 22030
                                                        Jbeall@koonz.com
                                                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Joint Motion to Modify was served by electronic mail this 18th day of December, 2020 to the following:

Matthew A. Ranck
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
*Attorneys for Defendant*

                                                        /s/ Justin M. Beall
                                                        Justin M. Beall

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____

(703) 218-4410

3