**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                                              *

     Plaintiff                                    *          Case No.: 1:19-cv-3081-CRC

v.                                                              *

HILTI, INC.                                                  *

     Defendant                                 *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO MODIFY THE SCHEDULING ORDER**

Plaintiff, by and through his undersigned counsel, respectfully submit this Consent Motion to Modify the Scheduling Order and in support thereof state the following:

1.      The above-captioned action arises from injuries suffered by Plaintiff on a Washington Area Metropolitan Transit Authority ("WMATA") worksite when a piece of machinery he was using allegedly broke.  Plaintiff alleges product defect and negligence claims against the Defendant company that allegedly manufactured the machine and allegedly serviced it shortly before the incident.  Whether the Defendant manufactured or serviced the machine as alleged are in dispute.

2.      In addition, Plaintiff has filed a separate action in this Court against WMATA, alleging spoliation of evidence based upon a belief that WMATA failed to preserve the subject machine after the accident despite Plaintiff's requests that it do so.

3.      The issues in the case include, among others, the condition of the machine at the time of the incident; who, if anyone, serviced it in the day(s) just before the incident; what, if anything was serviced; and other related issues. WMATA has produced its records relating to these issues and made the subject product available for inspection by the Parties. Further, the

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030

(703) 218-4410

1

Parties have now completed the depositions of numerous witnesses, including several employees of WMATA.

4.    All such activities were coordinated through WMATA's counsel, although the COVID-19 pandemic slowed the process significantly, presumably due to reduced witness and custodian availability and staffing.

5.    All of these activities have been complicated by the COVID-19 pandemic, which has made it exceedingly difficult the obtain documents (including from WMATA), conduct expert reviews, take depositions and otherwise complete the investigation and discovery necessary in the case.

6.    Since the last order was entered on February 26, 2021, the parties have been working cooperatively, along with counsel for WMATA, to conduct the necessary discovery including the deposition of Plaintiff and the designation of experts.

7.    However, three remaining depositions, two WMATA employees identified during the depositions of other employees and Defendant's Corporate Representative, have been delayed due to scheduling conflicts and the continuing effect of the COIVD-19 pandemic. As Court's return to normal operations, all Counsel find their schedules unusually full making it difficult to find dates available to all parties. The parties conferred via phone conference on Wednesday June 9, 2021, with WMATA counsel participating, and have set dates for the remaining depositions, all of which will occur before the proposed end of discovery.

8.    Consequently, while progress is being made the Parties require additional time to complete their investigations and discovery, and respectfully request that ONLY the remaining dates of the Scheduling Order be extended as follows, with the date for the Post-Discovery Status Conference to remain the same:

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
———
(703) 218-4410

2

Close of Discovery                          7/22/2021.
Post-Discovery Status Conference            7/23/2021.
Dispositive Motions                         7/30/2021.


9.      Defendants consent to the relief requested herein.

10.     No party will be prejudiced by granting this request.

WHEREFORE, the foregoing premises considered, Plaintiff respectfully request that

this Court grant this Consent Motion to Modify the Scheduling Order as reflected above.


Respectfully Submitted,

June 11, 2021      __                    /s/ *Justin M. Beall*_____
Date                                     Justin M. Beall, Esquire (DC #502394)
                                         Koonz, McKenney, Johnson, & DePaolis,
                                         L.L.P.
                                         Willow wood Plaza 1
                                         10300 Eaton Place, Suite 200
                                         Fairfax, VA 22030
                                         Jbeall@koonz.com
                                         *Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Consent Motion to
Modify was served by electronic mail this 11 day of June, 2021 to the following:

Matthew A. Ranck
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
*Attorneys for Defendant*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____

(703) 218-4410

                                         /s/ Justin M. Beall
                                         Justin M. Beall

3