**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                          *

     Plaintiff                      *      Case No.: 1:19-cv-3081-CRC

v.                                   *

HILTI, INC.                          *

     Defendant                      *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF APPEARANCE</u>

IT IS REQUESTED THAT the Clerk of Court notice the appearance of B. Jacob Nichols (Bar No. VA084 ), of the law firm Koonz McKenney Johnson & DePaolis LLP, as co-counsel of record with Justin M. Beall for the Plaintiff, Daren Wingo.

           Respectfully submitted,

           KOONZ MCKENNEY JOHNSON &
            DEPAOLIS L.L.P.

     By: /s/ B. Jacob Nichols
         Jacob Nichols Esq. #VA084
         Willow Wood Plaza 1
         10300 Eaton Place, Suite 200
         Fairfax, VA 22030
         (703) 218-4410
         (703) 218-4411 (fax)
         Jbeall@koonz.com
         *Attorneys for Plaintiff*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS  LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
—————

(703) 218-4410

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was e-served via the Court's Electronic Filling System this 30th day of July, 2021, to:

Matthew A. Ranck
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
*Attorneys for Defendant*

/s/ B. Jacob Nichols
B. Jacob Nichols, Esq.

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____

(703) 218-4410