**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                                        *

     Plaintiff                             *       Case No.: 1:19-cv-3081-CRC

v.                                                            *

HILTI, INC.                                            *

     Defendant                          *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT *NUNC PRO TUNC* MOTION TO EXTEND TIME TO RESPOND

Plaintiff, by and through his undersigned counsel, respectfully submit this Consent *Nunc Pro Tunc* Motion to Extend Time to Respond and in support thereof state the following:

1.      The above-captioned action arises from injuries suffered by Plaintiff on a Washington Area Metropolitan Transit Authority ("WMATA") worksite when a piece of machinery he was using allegedly broke.  Plaintiff alleges product defect and negligence claims against the Defendant Company that allegedly manufactured the machine and allegedly serviced it shortly before the incident.  Whether the Defendant manufactured or serviced the machine as alleged are in dispute.

2.      Defendant filed a Motion for Summary Judgment per the Courts Scheduling Order on July 30, 2021.

3.      Under LCvR 7(b), Plaintiff's Opposition to Summary Judgment was due on August 13, 2021.

4.      However, Plaintiff erroneously relied on the Court's Scheduling Order, which stated "the Court will hold a post-discovery status conference, at which it will set a schedule for summary judgment briefing, if necessary," and past experience, expecting the

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
———
(703) 218-4410

1

Court to enter a briefing order giving Plaintiff thirty (30) days to respond to Defendant's dispositive motion. Consequently, Plaintiff failed to file a timely Opposition to Defendant's Motion for Summary Judgment.

5.    Plaintiff respectfully requests a fourteen (14) day extension to file an appropriate response to Defendant's Motion.

6.    Defendant consent to the relief requested herein.

7.    No party will be prejudiced by granting this request.

WHEREFORE, the foregoing premises considered, Plaintiff respectfully request that this Court grant this Consent *Nunc Pro Tunc* Motion to Extend Time to Respond as reflected above.

Respectfully Submitted,

August 20, 2021__
Date

/s/ *Justin M. Beall* _____
Justin M. Beall, Esquire (DC #502394)
Koonz, McKenney, Johnson, & DePaolis, L.L.P.
Willow wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA 22030
Jbeall@koonz.com
*Counsel for Plaintiff*

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
_____

(703) 218-4410

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing Consent *Nunc Pro Tunc* Motion to Extend Time to Respond was served by electronic mail this 20th day of August, 2021 to the following:

Matthew A. Ranck
Schenker, Krause & Lopez
600 Red Brook Blvd., Suite 650
Owings Mills, Maryland 21117
*Attorneys for Defendant*

/s/ Justin M. Beall
Justin M. Beall

LAW OFFICES
KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1
10300 EATON PLACE, SUITE 200
FAIRFAX, VIRGINIA 22030
————
(703) 218-4410

3