**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DAREN WINGO                                        *

    Plaintiff                              *          Case No.: 1:19-cv-3081 (CRC)

v.                                                 *

HILTI, INC.                                        *

    Defendant                              *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Defendant Hilti, Inc., by its attorneys, Matthew Ranck and the Law Office of Schenker & Lopez, hereby files this Reply memorandum pursuant to the Federal Rules of Civil Procedure and Local Rules of this Honorable Court, and in support thereof states:

This case arises from injuries Plaintiff allegedly suffered while working as an employee of the Washington Metropolitan Area Transit Authority (WMATA) on September 7, 2016.  At the time of the incident, Plaintiff was using a WMATA-owned Core Driller, a tool used to drill into and take core samples from concrete.  The Plaintiff pled two Counts in his Complaint: 1) Negligence/Failure to warn, asserting negligent design, negligent servicing and failure to warn of a danger relating to the alleged recent servicing of the tool, and 2) Strict Liability Design Defect-Product Liability.

Based on the undisputed material facts, Defendant moved summary judgment as a matter of law based on Plaintiff's inability to find any evidence whatsoever to support any of his claims. In response, Plaintiff filed an "Objection" to the entry of Summary Judgment in which he conceded that he has no evidence and cannot prove his claims, but asserted that it would be unjust, unfair

and against some unspecified public policy to grant the relief Defendant seeks because his lack of evidence is due to spoliation by WMATA.  Respectfully, the Plaintiff's position is wholly without merit and the Defendant's Motion must be granted.

Defendant does not believe it necessary to belabor the record by repeating the undisputed facts and legal argument set for in the Motion for Summary Judgment.  Indeed, Plaintiff raises no disputes of fact and advances no counter-arguments to support the denial of the Motion.  Plaintiff's comment that he could have established liability but for WMATA's spoliation is nothing more than wild and unfounded speculation that simply ignores undisputed facts and need not be considered by the Court.  What is dispositive, however, is that Plaintiff concedes he has no evidence, no expert opinion and "is unable to establish that the [alleged] failure of the core driller was the result of a defect in the design of the core driller and/or negligent maintenance of the core driller…."  See Plaintiff's Response at p.2.

With respect to justice, fairness and public policy, Defendant simply states that, based on the state of the record after exhaustive discovery efforts, it is just, it is fair and it is in furtherance of public policy that Summary Judgment be entered in Defendant's favor.  What would be unjust, unfair and contrary to public policy would be to require the Defendant to continue to defend against claims that have absolutely no chance to succeed as conceded by the Plaintiff.

## CONCLUSION

For the reasons aforesaid, and as demonstrated in Defendant's Motion, Defendant is entitled to Summary Judgment on all claims as a matter of law.

_____
Matthew Ranck (#484983)
Schenker & Lopez

2

600 Red Brook Boulevard
Owings Mills, Maryland 21117
410-559-2420
Matthew.ranck@zurichna.com
Attorneys for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September 2021, a copy of the foregoing

Reply was served electronically to:

Justin M. Beall, Esquire (DC #502394)
Koonz, McKenney, Johnson, DePaolis & Lightfoot, L.L.P.
Willow wood Plaza 1
10300 Eaton Place, Suite 200
Fairfax, VA  22030
Jbeall@koonz.com
*Counsel for Plaintiff*


/s/ Matthew A. Ranck
Matthew A. Ranck, (#484983)

3