**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DAREN WINGO**,

                Plaintiff,

         v.                       Case No. 19-cv-3081 (CRC)

**HILTI, INC.**,

                Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [23] Defendants' Motion for Summary Judgment is GRANTED as to all

claims.

This is a final appealable order.

**SO ORDERED**.

 

 

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   January 18, 2022